IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SERROD BURNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:21-cv-00930 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| DUSTY RHOADES, ET AL., | ) | MAGISTRATE JUDGE NEWBERN |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation recommending the Court dismiss this action without prejudice under Fed. R. Civ. P. 41(b) and find Defendants Southern Health Partners, Inc., Kenneth Matthews, M.D., and Nurse Nicole's motion for summary judgment (Doc. No. 59) moot. (Doc. No. 61). The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of service. (Doc. No. 61 at 11). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 61) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendants' motion for summary judgment (Doc. No. 59) is **DENIED** as moot and this case is hereby **DISMISSED**.

The Clerk's Office is directed to mail a copy of this Order to Burnett c/o Room in the Inn, 705 Drexel Street, Nashville, TN 37203, in addition to mailing a copy to Burnett's current address of record.

This Order constitutes final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE